UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LEROY K. BERRA,<br><br>      Plaintiff,<br><br> v.<br><br>CORY LYONS, et al.,<br><br>      Defendants. | NO: 12-CV-0226-TOR<br><br>ORDER DISMISSING CERTAIN CLAIMS WITH PREJUDICE |

  BEFORE THE COURT is the parties' Stipulation for Order of Dismissal (ECF No. 85). Pursuant to the parties' stipulation, the Court will dismiss (1) all claims and causes of action arising out of events alleged to have occurred on or about May 1, 2010, against any and all Defendants; and (2) all claims and causes of action against Defendant Darrell Quarles. These dismissals are with prejudice and without costs or attorney's fees to any party. Fed. R. Civ. P. 41(a)(1)(A)(ii). All other claims and causes of action against the remaining Defendants remain pending.

ORDER DISMISSING CERTAIN CLAIMS WITH PREJUDICE ~ 1

**IT IS HEREBY ORDERED**:

Pursuant to the parties' Stipulation for Order of Dismissal (ECF No. 85) the following claims and causes of action in this matter are **DISMISSED** with prejudice and without costs or fees to any party: (1) all claims and causes of action arising out of events alleged to have occurred on or about May 1, 2010, against any and all Defendants; and (2) all claims and causes of action against Defendant Darrell Quarles.  All other claims and causes of action against the remaining Defendants remain pending.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and TERMINATE Defendant Darrell Quarles.

**DATED** February 28, 2014.



THOMAS O. RICE
United States District Judge